# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy Nos. |
| SOUTH CANAAN CELLULAR INVESTMENTS, LLC and SOUTH CANAAN CELLULAR EQUITY, LLC | : : : : | 09-10473, 09-10474 (Jointly Administered) |
| LACKAWAXEN TELECOM, INC. vs. SOUTH CANAAN CELLULAR INVESTMENTS, LLC and SOUTH CANAAN CELLULAR EQUITY, LLC | : : : : : : : : | CIVIL ACTION NO. 09-CV-2840 |

## ORDER

AND NOW, this 3RD day of November, 2009, upon consideration of the Appeal of Lackawaxen Telecom, Inc. from the May 19, 2009 Memorandum and Order of the Bankruptcy Court (Doc. No. 1), it is hereby ORDERED that the Appeal is DENIED and the May 19, 2009 Decision of the Bankruptcy Court is AFFIRMED.

BY THE COURT:

S/J. CURTIS JOYNER
J. CURTIS JOYNER, J.